1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  ELIZABETH R. GOSSE (State Bar No. 215494)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300

5  Attorneys for Plaintiff
   KOON CHUN HING KEE SOY &
6  SAUCE FACTORY, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., a company organized under the laws of Hong Kong, | Case No. C 05-5127 MMC |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |
| v. | Date: January 20, 2006<br>Time: 9:00 a.m.<br>Courtroom: 7, 19th Floor |
| AMERICA FOOD INT'L CORP., a California corporation, KWONK CHIO CHEONG, a California resident, and CANTON HERB CO., a business organized under the laws of the State of California, | |
| Defendants. | |

Plaintiff Koon Chun commenced this action on December 12, 2005. Pursuant to plaintiff's *ex parte* motion, a temporary restraining order and order to show cause re: preliminary injunction issued as to defendant Canton Herb and other defendants on December 13 (the "December 13 Order"). The December 13 Order required Koon Chun to serve defendants by December 20, 2005. Defendant Canton Herb was not served until December 27, however. Accordingly, Canton Herb did not receive timely notice of the December 28 show cause hearing on plaintiff's preliminary injunction motion.

Having now been served with plaintiff's moving papers, defendant Canton Herb is hereby ordered to show cause why a preliminary injunction should not issue on terms set forth in the

*Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. America Food Int'l Corp., et al.*
ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
Case No. C 05-5127 MMC

Dockets.Justia.com

1  December 13 Order. Canton Herb's opposition papers shall be filed and served by January 9, 2006.
2  Koon Chun's reply papers, if any, shall be filed and served by January 13, 2006. The Court will hear
3  oral argument on January 20, 2006 at 9:00 a.m. in Courtroom 7, 450 Golden Gate Avenue, San
4  Francisco, California.
5       Koon Chun shall, no later than January 3, 2006, serve a copy of this order by mail or otherwise
6  on Canton Herb and file proof of such service.
7       IT IS SO ORDERED.

Dated: December 29, 2005

_____
Maxine M. Chesney
United States District Judge