1 | TOWNSEND AND TOWNSEND AND CREW LLP
  | MARC M. GORELNIK (State Bar No. 166833)
2 | ELIZABETH R. GOSSE (State Bar No. 215494)
  | Two Embarcadero Center, 8th Floor
3 | San Francisco, California  94111
  | Telephone:  (415) 576-0200
4 | Facsimile:  (415) 576-0300

5 | Attorneys for Plaintiff
  | KOON CHUN HING KEE SOY &
6 | SAUCE FACTORY, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., a company under the laws of Hong Kong, | Case No.   C 05-5127 MMC |
|---|---|
| Plaintiff, | **ORDER OF VOLUNTARY DISMISSAL** |
| v. | |
| AMERICA FOOD INT'L CORP., a California corporation; KWONK CHIO CHEONG, a California resident, and CANTON HERB CO., a business organized under the laws of the State of California; KWEI SAM CHEONG, a California resident, and A F INTERNATIONAL TRADING CO., a business organized under the laws of the State of California, | |
| Defendants. | |

Defendants Kwei Sam Cheong and A F International Trading Co., named in the First Amended Complaint, are dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 27, 2006

_____
Honorable Maxine M. Chesney