United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., <br><br>  Plaintiff, <br><br>  v. <br><br> AMERICA FOOD INT'L CORP., et al., <br><br>  Defendants _____/ | No. C 05-5127 MMC <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Before the Court is defendant Kwong Ho's response, filed February 1, 2007,[1] to the Court's December 18, 2006 order directing Kwong Ho to show cause why sanctions should not be imposed in light of his failure to appear at the December 15, 2006 Status Conference.

Having reviewed Kwong Ho's response, in which he represents that he did not believe he needed to appear on December 15, 2006 in light of a "settlement," the Court finds good cause exists for the failure to appear and, accordingly, DISCHARGES the order to show cause.

The Court notes, however, that although plaintiff represented at the December 15,

---

[1] Pursuant to that order, Kwong Ho's response was due no later than December 29, 2006.  The Court nonetheless will consider his untimely submission.

2006 Status Conference it believed it might reach a settlement with Kwong Ho, plaintiff has not, to date, informed the Court that a settlement has in fact been reached with Kwong Ho. Consequently, the Court hereby informs Kwong Ho that he is required to attend all scheduled court proceedings, in particular, the pretrial conference, scheduled for March 6, 2007 at 3:00 p.m., and the trial, scheduled for March 19, 2007 at 9:00 a.m.  Failure to appear at any further scheduled proceedings may result in imposition of sanctions on Kwong Ho, including entry of default and/or monetary sanctions.

**IT IS SO ORDERED.**

Dated: February 6, 2007

MAXINE M. CHESNEY
United States District Judge