IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICA FOOD INT'L CORP., et al.,<br><br>    Defendants<br>_____/ | No. C 05-5127 MMC<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES; ORDERING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST REMAINING DEFENDANTS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

    At the case management conference conducted December 15, 2006, the Court set a pretrial conference for March 6, 2007 and trial date of March 19, 2007, as to plaintiff's claims against defendant Kwong Ho, d.b.a., Canton Herb Co. ("Canton Herb"); such dates, by order filed February 22, 2007, were continued to April 24, 2007 and May 7, 2007, respectively. By order filed March 28, 2007, the Court, upon stipulation of plaintiff and Canton Herb, filed a Consent Judgment, which Judgment resolved plaintiff's claims against Canton Herb.

    Accordingly, the April 24, 2007 pretrial conference and May 7, 2007 trial dates are hereby VACATED.

    The remaining defendants in the above-titled action are America Food Int'l Corp ("America Food") and Kwonk Chio Cheong ("Cheong"), neither of which has appeared

herein.

On March 15, 2006, the Clerk entered Cheong's default as to the initial complaint. Thereafter, on May 24, 2006, plaintiff filed its First Amended Complaint ("FAC").[1] On December 14, 2006, plaintiff filed with the Clerk of the Court a request for entry of default against America Food, supported by evidence that plaintiff had served America Food with the initial complaint, which, as noted above, had been superseded by the FAC. By notice filed December 27, 2006, the Clerk denied plaintiff's request for entry of default. On January 12, 2007, plaintiff filed a Proof of Service, stating therein that on January 11, 2007, plaintiff had served America Food with the FAC. To date, America Food has not appeared or responded to the FAC, and plaintiff has not requested entry of default in light of such failure to respond. Further, more than a year has elasped since the Clerk entered Cheong's default; to date, no motion for entry of default judgment has been filed.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing no later than April 9, 2007, why its claims against America Food and Cheong should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 29, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] The record does not indicate plaintiff served Cheong with the FAC. Because the FAC does not, however, include new claims against Cheong, plaintiff was not required to serve the FAC on Cheong. See Fed. R. Civ. 5(a).

2