1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
3  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
4
   Attorneys for Plaintiff
5  KOON CHUN HING KEE SOY &
   SAUCE FACTORY, LTD.
6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., a company under the laws of Hong Kong,   Case No.   C 05-5127 MMC

12                                                                                                                                                        [PROPOSED] ORDER OF
                        Plaintiff,                                                                                                                        VOLUNTARY DISMISSAL
13
                        v.
14
   AMERICA FOOD INT'L CORP., a California
15 corporation; KWONK CHIO CHEONG, a
   California resident, and CANTON HERB CO.,
16 a business organized under the laws of the State
   of California; KWEI SAM CHEONG, a
17 California resident, and A F
   INTERNATIONAL TRADING CO., a business
18 organized under the laws of the State of
   California,
19
                        Defendants.
20

21
        Upon request of Plaintiff and pursuant to Rule 41(a)(1) of the Federal Rules of Civil
22
   Procedure, defendant America Food Int'l Corp. is dismissed without prejudice.
23

24      IT IS SO ORDERED.
   Dated: April 11, 2007                                                        _____
25                                                                               Honorable Maxine M. Chesney
26                                                                               United States District Judge

27

28