IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMERICA FOOD INT'L CORP., et al., <br><br> Defendants <br> _____/ | No. C 05-5127 MMC <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE; VACATING STATUS CONFERENCE** |

    Before the Court is plaintiff's response, filed April 9, 2007, to the Court's order, filed March 29, 2007, directing plaintiff to show cause why its claims against America Food Int'l Corp. ("America Food") and Kwonk Chio Cheong ("Cheong") should not be dismissed.

    Because plaintiff, as set forth in its response, has voluntarily dismissed its claims against America Food, and has filed and noticed for hearing a motion for default judgment against Cheong, the order to show cause is hereby DISCHARGED.

    The status conference scheduled for April 27, 2007 is hereby VACATED, and will be reset, if necessary, after resolution of plaintiff's motion for default judgment.

    **IT IS SO ORDERED.**

Dated: April 11, 2007

                                                 MAXINE M. CHESNEY
                                                 United States District Judge