1 | TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
2 | Two Embarcadero Center, 8th Floor
San Francisco, California  94111
3 | Telephone: (415) 576-0200
Facsimile: (415) 576-0300
4 | Email:  mmgorelnik@townsend.com

5 | Attorneys for Plaintiff
KOON CHUN HING KEE SOY &
6 | SAUCE FACTORY, LTD.

7

8 |                  UNITED STATES DISTRICT COURT

9 |            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | KOON CHUN HING KEE SOY & SAUCE          Case No.    C 05 5127 MMC
FACTORY, LTD., a company under the laws of
11 | Hong Kong,

12 |                     Plaintiff,               [PROPOSED] ORDER RELEASING
                                              BOND
13 |            v.

14 | AMERICA FOOD INT'L CORP., a California
corporation; KWONK CHIO CHEONG, a
15 | California resident, and CANTON HERB CO., a
business organized under the laws of the State of
16 | California; KWEI SAM CHEONG, a California
resident, and A F INTERNATIONAL TRADING
17 | CO., a business organized under the laws of the
State of California,
18
                     Defendants.
19

20 |        On May 15, 2007, plaintiff filed an Administrative Request seeking release of the cash bond

21 | deposited with the Court on December 14, 2005.  FOR GOOD CAUSE SHOWN, the Finance

22 | Department of the Clerk's Office is directed to refund the $5,000 cash bond together with accrued

23 | interest, less the Court's registry fee.  The check shall be made payable to "Townsend and Townsend

24 | and Crew LLP -- Client Trust Account."

25 |        IT IS SO ORDERED.

26 | Dated: ___May 16_____, 2007.          _____
                                                    Hon. Maxine M. Chesney
27 |                                             United States District Judge

28 | 61053115 v1

*Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. America Food Int'l Corp., et al.*
[PROPOSED] ORDER RELEASING BOND
CASE NO. C 05-5127 MMC