| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | MARC M. GORELNIK (State Bar No. 166833) |
| 2 | LAURIE H. VAN LÖBEN SELS (State Bar No. 184860) |
| | Two Embarcadero Center, Eighth Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 576-0200 |
| 4 | Facsimile: (415) 576-0300 |
| | Email:  mmgorelnik@townsend.com |
| 5 |         lhvanlobensels@townsend.com |
| 6 | Attorneys for Plaintiff |
| | KOON CHUN HING KEE SOY & |
| 7 | SAUCE FACTORY, LTD. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., a company under the laws of Hong Kong, | Case No.   C 05-5127 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |
| v. | |
| AMERICA FOOD INT'L CORP., a California corporation; KWONK CHIO CHEONG, a California resident, and CANTON HERB CO., a business organized under the laws of the State of California; KWEI SAM CHEONG, a California resident, and A F INTERNATIONAL TRADING CO., a business organized under the laws of the State of California, | |
| Defendants. | |

1  Good cause appearing from the Declaration of Marc M. Gorelnik filed May 21, 2007, the
2  Court finds the following documents are sealable:

3  **Exhibits A, C, and D to the Declaration of Marc M. Gorelnik**
4  **In Support of Plaintiff's Attorney's Fees and Costs**

5  Accordingly, plaintiff's request to file said documents under seal is GRANTED, and the Clerk
6  of the Court is DIRECTED to file under seal the unredacted version of the Declaration of Marc. M.
7  Gorelnik in Support of Plaintiff's Attorney Fees and Costs, in accordance with the provisions of Civil
8  Local Rule 79-5(f).
9  IT IS SO ORDERED.
10
11 Dated:  May 23, 2007.
12                                                     _____
13                                                     HON. MAXINE M. CHESNEY
                                                       United States District Judge