TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:  mmgorelnik@townsend.com
        lhvanlobensels@townsend.com

*Attorneys for Plaintiff*
KOON CHUN HING KEE SOY &
SAUCE FACTORY, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., a company under the laws of Hong Kong,<br><br>          Plaintiff,<br><br>     v.<br><br>AMERICA FOOD INT'L CORP., a California corporation; KWONK CHIO CHEONG, a California resident, and CANTON HERB CO., a business organized under the laws of the State of California; KWEI SAM CHEONG, a California resident, and A F INTERNATIONAL TRADING CO., a business organized under the laws of the State of California,<br><br>          Defendants. | Case No.    C 05 5127 MMC<br><br>**ORDER GRANTING PLAINTIFF'S ATTORNEY'S FEES AND COSTS; VACATING HEARING** |

On May 7, 2007, this Court entered the Judgment in a Civil Case which includes an award of reasonable attorney's fees and costs as against Defendant Kwonk Chio Cheong. Plaintiff Koon Chun has now submitted its application for fees and costs, supported by declarations and detailed exhibits. No opposition has been filed.[1]

---

[1] The hearing scheduled for June 29, 2007 is VACATED.

*Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. America Food Int'l Corp., et al.*
[PROPOSED] ORDER GRANTING PLAINTIFF'S ATTORNEY'S FEES AND COSTS
CASE NO. C 05-5127 MMC

1    FOR GOOD CAUSE SHOWN, the Court grants Koon Chun's request for fees and costs, and
2  finds defendant Kwonk Chio Cheong is liable to plaintiff Koon Chun for attorney's fees of $74,441.30
3  and costs of $21,450.83.  The hours expended and the costs incurred on behalf of Koon Chun are
4  reasonable, particularly given the nature of this case, which involved seizures of counterfeit goods
5  and/or related records as well as willful conduct and counterfeiting, and the rates charged by Koon
6  Chun's counsel are reasonable for experienced intellectual property counsel in the area.
7    IT IS SO ORDERED.
8  Dated: June 13, 2007
                                                                        _____
9                                                                       HON. MAXINE M. CHESNEY
                                                                        United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. America Food Int'l Corp., et al.*
[PROPOSED] ORDER GRANTING PLAINTIFF'S ATTORNEY'S FEES AND COSTS
CASE NO. C 05-5127 MMC